PROB 12A
(10/24)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

RECEIVED
JUN - 5 2025
EDWARD S. KIEL
U.S. DISTRICT JUDGE

Name of Individual Under Supervision: Keith Cummings

Cr.: 09-00214-001
PACTS #: 52866

Name of Sentencing Judicial Officer: THE HONORABLE ROBERT B. KUGLER
SENIOR UNITED STATES DISTRICT JUDGE

Name of Newly Assigned Judicial Officer: THE HONORABLE EDWARD S. KIEL
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/30/2009

Original Offense: Counts One to Seven: Bank Robbery; 18 U.S.C. §§ 2113(a), Class C Felonies

Original Sentence: Imposed on 9/30/2009; 180 months imprisonment (on each count, concurrent), 3 years supervised release (on each count, concurrent)

Special Conditions: Special Assessment, Mental Health Treatment, Financial Disclosure, DNA testing, No New Debt/Credit, Alcohol /Drug Testing and Treatment (added 4/10/23), Reentry Center-Full-Time (added 3/25/24)

Type of Supervision: Supervised Release    Date Supervision Commenced: 05/05/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."** |
| | On November 19, 2024, following a relapse, Mr. Cummings was admitted to short-term residential treatment at Turning Point in Paterson, New Jersey. He completed the program on December 16, 2024, and transitioned to Salvation Army in Paterson, New Jersey with outpatient treatment at Options Counseling |

Services. In April 2025, Mr. Cummings submitted a urinalysis sample which tested presumptive positive for fentanyl. Based on information received from Options Counseling and a staff pharmacist, it was believed that a combination of his psychiatric medication caused the positive result. Mr. Cummings immediately discontinued the medication with the psychiatrist's approval to avoid further issues. Mr. Cummings was progressing well in all facets of treatment and was scheduled to complete the Salvation Army program in June 2025.

On May 18, 2025, the probation office was contacted by the Salvation Army, who reported that Mr. Cummings did not return to the facility the night prior. Mr. Cummings sent a text message to the undersigned officer and indicated, "I relapsed yesterday I'm in the hospital St Joes." Mr. Cummings stated he relapsed on marijuana and cocaine. The Salvation Army discharged Mr. Cummings from the program the same day based on his relapse.

On May 21, 2025, Mr. Cummings was admitted to John Brooks Recovery Center in Mays Landing, New Jersey, where he remains. He is scheduled to complete treatment on or about June 19, 2025. Mr. Cummings will likely transition to a sober living facility with intensive outpatient treatment services in Atlantic County, New Jersey.

U.S. Probation Officer Action:

As noted in previous noncompliance reports, Mr. Cummings has an extensive mental health and substance abuse history that requires ongoing dual-diagnosis care. Mr. Cummings has been unable to determine the cause of his continued drug use and setbacks. Despite his recent relapse, Mr. Cummings called several inpatient programs on his own to find a suitable placement.

Your Honor suspended restitution payments while Mr. Cummings is participating in residential treatment. Mr. Cummings will be responsible for obtaining verifiable employment while residing at a sober living facility, which will provide him the financial means to begin making restitution payments. We will continue to closely monitor his treatment and compliance. At this time, we respectfully request no formal action. We respectfully await Your Honor's final decision in this regard.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By: Ivettelis Perez
Senior U.S. Probation Officer

/ip

APPROVED:

June 4, 2025

CARRIE H. BORONA Date
Assistant Deputy Chief U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

- [x] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Signature of Judicial Officer

6/5/2025

Date